IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA A. DONNELLY AND RICHIE COLLAZO
INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES
(ADMINISTRATRIX AND ADMINISTRATOR) OF THE
ESTATE OF LADINA C. THOMASON-COLLAZO, DECEASED       PLAINTIFFS

VS.                    CASE NO. 3:08CV00100

LEONARD LEAFTY AND
WESTERN FLYER EXPRESS, INC.                          DEFENDANTS

WESTERN FLYER EXPRESS, INC.                          THIRD-PARTY PLAINTIFF

VS.

MANUEL IRIZARRY, ADMINISTRATOR
OF THE ESTATE OF MANUEL IRIZARRY                     THIRD-PARTY DEFENDANT

**ORDER**

Third-Party plaintiff Western Flyer Express, Inc., served third-party defendant Manuel Irizarry, administrator of the estate of Manuel Irizarry with a summons and third-party complaint by certified mail on December 16, 2008. Irizarry has not filed an answer or any other entry of appearance to date. Pursuant to Rule 55(b)(2), third-party plaintiff's Motion for Default Judgment (# 17) is granted. A hearing will scheduled to determine the amount of Western Flyer Express, Inc.'s claim.

IT IS SO ORDERED THIS  9  day of  February , 2009.

_____
James M. Moody
United States District Judge