IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA A. DONNELLY, ET. AL                                                        PLAINTIFFS

VS.                              CASE NO. 3:08CV00100

LEONARD LEAFTY, ET. AL                                                          DEFENDANTS

## ORDER

For the reasons stated by the defendants, plaintiffs' Motion For Continuance is denied (#21). However, the Court will extend the discovery deadline up to and including April 1, 2009. The pretrial motions deadline is extended up to, and including, April 10, 2009. Status Reports are to be filed with the Clerk's Office on or before April 13, 2009, and Pretrial Disclosure Sheets are to be filed with the Clerk with copies to opposing counsel no later than April 17, 2009. The proffering party must designate the pertinent portions of an evidentiary deposition by April 13, 2009. All other deadlines remain the same.

IT IS SO ORDERED THIS  2  day of   March  , 2009.


_____
James M. Moody
United States District Judge