# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LISA A. DONNELLY, ET AL**                                                                 **PLAINTIFFS**

**VS.**           **CASE NO. 3:08CV00100 JMM**

**LEONARD LEAFTY, ET AL.**                                                              **DEFENDANTS**

## ORDER

Based upon the Arkansas Supreme Court's decision that Ark. Code Ann. § 16-55-202 is unconstitutional, plaintiffs' Motion to Strike Defendants' Notice of Nonparty Fault is granted (#24) and an Amended Scheduling Order will be issued. *See Johnson v. Rockwell Automation, Inc.,* No. 08-1009 (Ark. Apr.30, 2009).

IT IS SO ORDERED THIS  5  day of   May  , 2009.

James M. Moody
United States District Judge