### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | |
|---|---|
| LISA A. DONNELLY and RICHIE COLLAZO<br>Individually & as Personal Representatives of the<br>Estate of Ladina C. Thomason-Collazo, Deceased | PLAINTIFFS |
| vs.    CASE NO. 3:08cv00100 JMM | |
| LEONARD LEAFTY and WESTERN FLYER EXPRESS, INC. | DEFENDANTS |
| WESTERN FLYER EXPRESS, INC. | THIRD-PARTY PLAINTIFF |
| v. | |
| MANUEL IRIZARRY<br>Administrator of the Estate of Manuel Irizarry | THIRD-PARTY DEFENDANT |

### ORDER OF DISMISSAL

The parties having reached a settlement in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 8th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE